IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA BEISEL,                              3:12-CV-00623-AC

        Plaintiff,                     JUDGMENT

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Based on the Court's Opinion and Order (#21) issued August 8, 2013, the

Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 8th day of August, 2013.

                                                     ANNA J. BROWN
                                                   United States District Judge