## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA BEISEL** | **3:12-CV-00623-AC** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

Based on the Court's Opinion and Order (#21) issued August 8, 2013, the

Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 8th day of August, 2013.

ANNA J. BROWN
United States District Judge

JUDGMENT